JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>vs.<br><br>JERRY J. DOMINGUEZ, an individual, ANDRE R. DOMINGUEZ an individual, DONTE M. JOHNSON, an individual, BRITTANI N. FLOYD, an individual and DOES 1 through 10, inclusive,<br><br>　　　　Defendants-in-Interpleader. | CASE NO.: CV 14-2173-GW(JCGx)<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES FOR:**<br><br>**1. AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS TO PRIMERICA IN THE AMOUNT OF $9,535.14;**<br><br>**2. PAYMENT OF REMAINING POLICY BENEFITS;**<br><br>**3. DISCHARGE OF PRIMERICA WITH PREJUDICE;**<br><br>**4. PERMANENT INJUNCTION; AND**<br><br>**5. DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: March 21, 2014 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

Having considered the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and Defendants-in-Interpleader Andre R. Dominguez, Donte M. Johnson and Brittani N. Floyd, and for good cause appearing, the Court ORDERS as follows:

1. That Primerica will be awarded its reasonable attorneys' fees and costs in the amount of $9,535.14, which Primerica was forced to incur in bringing its interpleader action, and which amount is to be deducted from the proceeds of Primerica policy number 0432484418 (the "Policy") insuring the life of Heidi L. Dominguez (the "Deceased");

2. That Primerica's attorneys' fees shall be made payable to "Primerica Life Insurance Company" and mailed to its counsel of record at the following address:

>   Hinshaw & Culbertson LLP
>   Attn: Gail E. Cohen, Esq.
>   633 West Fifth Street, 47th Floor
>   Los Angeles, California 90071

3. That the remaining Policy benefits in the amount of $338,710.85 (the $348,245.99 deposited with the Court less the $9,535.14 paid to Primerica) are to be paid to in three equal shares in the amounts of $112,903.62 to Andre R. Dominguez, $112,903.62 to Donte M. Johnson and $112,903.61 to Brittani N. Floyd and mailed to their address of record on file with the Court;

4. That Primerica and/or its agents, attorneys or assigns are discharged of all liability with respect to the Policy;

5. That Defendants-in-Interpleader Andre R. Dominguez, Donte M.

Johnson, Brittani N. Floyd and Jerry J. Dominguez, and each of them, their agents, attorneys or assigns, are enjoined perpetually, restraining each of them, their agents, attorneys or assigns, from instituting any suit at law or equity, or action of any kind whatsoever against Primerica and/or its agents, attorneys or assigns with respect to the Policy and/or the proceeds of the Policy; and

6. That this case be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: October 31, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE