JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>JERRY J. DOMINGUEZ, an individual, ANDRE R. DOMINGUEZ, an individual, DONTE M. JOHNSON, an individual, BRITTANI N. FLOYD, an individual, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. CV 14-2173-GW(JCGx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the stipulation of the parties, this matter is hereby dismissed with prejudice. Each party shall bear his, her or its own attorneys' fees and costs.

**It is so Ordered**.

DATED: August 31, 2015

_____
**GEORGE H. WU, UNITED STATES DISTRICT JUDGE**